IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLERTONE INNOVATIONS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-1068 (LPS) |
| | ) |
| UNITED STATES CELLULAR | ) |
| CORPORATION, LIVEWIRE MOBILE INC. | ) |
| and ZED USA CORP. | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Karen H. Bromberg, Francisco A. Villegas and Damir Cefo of Cohen & Gresser LLP to represent United States Cellular Corporation and LiveWire Mobile, Inc. in the above-captioned matter.

In accordance with Standing Order for District Court Fund effective July 23, 2009, movant states that the annual fee of $25.00 per attorney, if not previously paid, will be submitted to the Clerk's Office with this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Karen H. Bromberg
Francisco A. Villegas
Damir Cefo
Maria Granovsky
COHEN & GRESSLER LLP
800 Third Avenue
New York, NY  10022
(212) 957-7600

April 4, 2012

*/s/ Mary B. Graham*
Mary B. Graham (#2256)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mgraham@mnat.com
  *Attorneys for United States Cellular*
  *Corporation and LiveWire Mobile, Inc.*

SO ORDERED this ___ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE

5848250

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Karen H. Bromberg, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: March 19, 2012

Karen H. Bromberg
COHEN & GRESSER LLP
800 Third Avenue
New York, NY 10022
Telephone (212) 957-7604
kbromberg@cohengresser.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Francisco A. Villegas, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 3/15/2012

Francisco A. Villegas
COHEN & GRESSER LLP
800 Third Avenue
New York, NY 10022
Telephone (212) 957-2018
fvillegas@cohengresser.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Damir Cefo, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 3/17/2012

Damir Cefo
COHEN & GRESSER LLP
800 Third Avenue
New York, NY 10022
Telephone (212) 957-7006
dcefo@cohengresser.com

5796193