IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLERTONE INNOVATIONS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 11-1068 (LPS) |
| | ) |
| UNITED STATES CELLULAR | ) |
| CORPORATION, LIVEWIRE MOBILE, INC., | ) |
| and ZED USA CORP., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by Plaintiff Callertone Innovations, LLC ("Plaintiff") and Defendant Zed USA Corp. ("Zed USA"), subject to the approval of the Court, that the time for Zed USA to move, answer, or otherwise respond to Plaintiff's Complaint be extended through and including April 30, 2012.

| STAMOULIS & WEINBLATT LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Richard C. Weinblatt (#5080)* | */s/ Jennifer Ying (#5550)* |
| Stamatios Stamoulis (#4606) | Karen Jacobs Louden (#2881) |
| Richard C. Weinblatt (#5080) | Jennifer Ying (#5550) |
| Two Fox Point Centre | 1201 North Market Street |
| 6 Denny Road, Suite 307 | P.O. Box 1347 |
| Wilmington, DE  19809 | Wilmington, DE  19899 |
| (302) 999-1540 | (302) 658-9200 |
| stamoulis@swdelaw.com | klouden@mnat.com |
| weinblatt@swdelaw.com | jying@mnat.com |
| | |
| *Attorneys for Plaintiff Callertone Innovations, LLC* | *Attorneys for Defendant Zed USA Corp.* |

**SO ORDERED** this _____ day of _____ 2012.

_____
J.

5854777