IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLERTONE INNOVATIONS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-1068 (LPS) |
| | ) |
| UNITED STATES CELLULAR | ) |
| CORPORATION, LIVEWIRE MOBILE INC. | ) |
| and ZED USA, CORP., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT UNITED STATES CELLULAR CORPORATION'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant United States Cellular Corporation hereby discloses that Telephone and Data Systems, Inc., a publicly held corporation, owns more than 10% of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Mary B. Graham (#2256)
Jeremy A. Tigan (#5239)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mgraham@mnat.com
jtigan@mnat.com
  *Attorneys for United States Cellular Corporation*

OF COUNSEL:

Karen H. Bromberg
Damir Cefo
Maria Granovsky (#4709)
COHEN & GRESSLER LLP
800 Third Avenue
New York, NY  10022
(212) 957-7600

April 9, 2012
5856684.1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused to be served copies of the foregoing document on April 9, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Stamatios Stamoulis<br>Richard Charles Weinblatt<br>STAMOULIS & WEINBLATT LLC<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>*Attorneys for Callertone Innovations LLC* | *VIA ELECTRONIC MAIL* |
| W. Bryan Farney<br>Steven R. Daniels<br>Connie E. Merriett<br>FARNEY DANIELS LLP<br>800 South Austin, Suite 200<br>Georgetown, TX 78626-5845<br>*Attorneys for Callertone Innovations LLC* | *VIA ELECTRONIC MAIL* |
| Karen Jacobs Louden<br>Jennifer Ying<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>*Attorneys for ZED USA Corporation* | *VIA ELECTRONIC MAIL* |

/s/ *Jeremy A. Tigan*

Jeremy A. Tigan (#5239)