IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLERTONE INNOVATIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-1068 (LPS) |
| ) | |
| UNITED STATES CELLULAR ) | |
| CORPORATION, LIVEWIRE MOBILE INC. ) | |
| and ZED USA, CORP., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT LIVEWIRE MOBILE, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant LiveWire Mobile, Inc. hereby discloses that it does not have any parent corporations and there are no publicly-held companies that own 10% or more of its stock.

OF COUNSEL:

Karen H. Bromberg
Francisco A. Villegas
Damir Cefo
Maria Granovsky (#4709)
COHEN & GRESSLER LLP
800 Third Avenue
New York, NY  10022
(212) 957-7600

April 9, 2012
5856806.1

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*
Mary B. Graham (#2256)
Jeremy A. Tigan (#5239)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mgraham@mnat.com
jtigan@mnat.com
*Attorneys for LiveWire Mobile, Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 9, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

    I further certify that I caused to be served copies of the foregoing document on April 9, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Stamatios Stamoulis<br>Richard Charles Weinblatt<br>STAMOULIS & WEINBLATT LLC<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE  19809<br>*Attorneys for Callertone Innovations LLC* | *VIA ELECTRONIC MAIL* |
| W. Bryan Farney<br>Steven R. Daniels<br>Connie E. Merriett<br>FARNEY DANIELS LLP<br>800 South Austin, Suite 200<br>Georgetown, TX  78626-5845<br>*Attorneys for Callertone Innovations LLC* | *VIA ELECTRONIC MAIL* |
| Karen Jacobs Louden<br>Jennifer Ying<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>*Attorneys for ZED USA Corporation* | *VIA ELECTRONIC MAIL* |

                     */s/ Jeremy A. Tigan*

                      Jeremy A. Tigan (#5239)