IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CALLERTONE INNOVATIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-1068 (LPS) |
| | ) | |
| UNITED STATES CELLULAR | ) | |
| CORPORATION, LIVEWIRE MOBILE, INC., | ) | |
| and ZED USA CORP., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by Callertone Innovations, LLC and Zed USA

Corp., subject to the approval of the Court, that the time for Zed USA to move, answer, or

otherwise respond to Plaintiff's Complaint is extended to May 7, 2012.

STAMOULIS & WEINBLATT LLC
*/s/ Richard C. Weinblatt*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
*/s/ Mary B. Graham*

Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE  19809
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com
   *Attorneys for Plaintiff Callertone*
   *Innovations, LLC*

Mary B. Graham (#2256)
Karen Jacobs Louden (#2881)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
mgraham@mnat.com
klouden@mnat.com
   *Attorneys for Defendant Zed USA Corp.*

April 27, 2012

SO ORDERED this ___ day of _____, 2012.

5891696

UNITED STATES DISTRICT JUDGE