IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLERTONE INNOVATIONS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-1068 (LPS) |
| | ) |
| UNITED STATES CELLULAR | ) **JURY TRIAL DEMANDED** |
| CORPORATION, LIVEWIRE MOBILE INC. | ) |
| and ZED USA CORP. | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT ZED USA CORP.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Zed USA Corp. hereby discloses that it is a wholly owned subsidiary of Zed Worldwide Holdings SL, which is privately held.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Mary B. Graham (#2256)
Jeremy A. Tigan (#5239)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
mgraham@mnat.com
jtigan@mnat.com
  *Attorneys for Defendant
  Zed USA Corp.*

OF COUNSEL:

Karen H. Bromberg
Francisco A. Villegas
Damir Cefo
Maria Granovsky (#4709)
COHEN & GRESSER LLP
800 Third Avenue
New York, New York 10022
(212) 957-7600

May 7, 2012
5910436

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused to be served copies of the foregoing document on May 7, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Stamatios Stamoulis<br>Richard Charles Weinblatt<br>STAMOULIS & WEINBLATT LLC<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE  19809<br>*Attorneys for Callertone Innovations LLC* | *VIA ELECTRONIC MAIL* |
| W. Bryan Farney<br>Steven R. Daniels<br>Connie E. Merriett<br>FARNEY DANIELS LLP<br>800 South Austin, Suite 200<br>Georgetown, TX  78626-5845<br>*Attorneys for Callertone Innovations LLC* | *VIA ELECTRONIC MAIL* |

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)