# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLERTONE INNOVATIONS, LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 1:11-cv-0996-LPS |
| AT&T MOBILITY, LLC, | : |
| Defendant. | : |
| CALLERTONE INNOVATIONS, LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 1:11-cv-1033-LPS |
| ALLTEL CORPORATION, | : |
| Defendant. | : |
| CALLERTONE INNOVATIONS, LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 1:11-cv-1034-LPS |
| BOOST MOBILE, LLC, | : |
| Defendant. | : |
| CALLERTONE INNOVATIONS, LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 1:11-cv-1066-LPS |
| CLEARSKY MOBILE MEDIA, INC., | : |
| Defendant. | : |

| | | |
|---|---|---|
| CALLERTONE INNOVATIONS, LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 1:11-cv-1099-LPS |
| CRICKET COMMUNICATIONS, INC. and LEAP WIRELESS INTERNATIONAL, INC., | : : | |
| Defendants. | : | |
| _____ | : | |
| CALLERTONE INNOVATIONS, LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 1:11-cv-1067-LPS |
| METROPCS WIRELESS, INC., and METROPCS COMMUNICATIONS, INC. | : : | |
| Defendants. | : | |
| _____ | : | |
| CALLERTONE INNOVATIONS, LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 1:11-cv-1039-LPS |
| SPRINT NEXTEL CORPORATION, | : | |
| Defendant. | : | |
| _____ | : | |
| CALLERTONE INNOVATIONS, LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 1:11-cv-1035-LPS |
| T-MOBILE USA, INC., | : | |
| Defendant. | : | |
| _____ | : | |

| | |
|---|---|
| CALLERTONE INNOVATIONS, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES CELLULAR CORPORATION, LIVEWIRE MOBILE, INC. and ZED USA, CORP.,<br><br>      Defendants. | Civil Action No. 1:11-cv-1068-LPS |
| CALLERTONE INNOVATIONS, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>      Defendant. | Civil Action No. 1:11-cv-1036-LPS |
| CALLERTONE INNOVATIONS, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>VIRGIN MOBILE USA, INC. and VIRGIN MOBILE USA, L.P.,<br><br>      Defendants. | Civil Action No. 1:11-cv-1044-LPS |

## **ORDER**

At Wilmington this **1st** day of **November, 2012**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, April 24, 2013 at 4:00 p.m. Eastern Time** with Magistrate Judge Thynge to discuss the

status of the case and mediation.  **Counsel for Alltel shall initiate the teleconference call to 302-573-6173.**  On or before **Monday, April 22, 2013 by Noon Eastern Time,** all counsel shall provide counsel for Alltel a list of the participants to the teleconference which must also include who they represent.  In turn, counsel for Alltel shall fax the list to Judge Thynge's Chambers by **no later than 3:00 p.m. Eastern Time on Tuesday, April 23, 2013.**  Judge Thynge's fax number is 302-573-6445.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge  
UNITED STATES MAGISTRATE JUDGE