IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLERTONE INNOVATIONS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-1068 (LPS) |
| | ) |
| UNITED STATES CELLULAR | ) |
| CORPORATION, LIVEWIRE MOBILE INC. | ) |
| and ZED USA CORP. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of 1) *Defendant LiveWire Mobile, Inc.'s Paragraph 3 Delaware Default Standard for Discovery Disclosures*; 2) *Defendant LiveWire Mobile, Inc.'s Initial Disclosures Pursuant to Fed. R. Civ. P. 26*; 3) *Defendant ZED USA Corp.'s Paragraph 3 Delaware Default Standard for Discovery Disclosures*; 4) *Defendant ZED USA Corp.'s Initial Disclosures Pursuant to Fed. R. Civ. P. 26*; 5) *Defendant United States Cellular Corporation's Paragraph 3 Delaware Default Standard for Discovery Disclosures*; and 6) *Defendant United States Cellular Corporation's Initial Disclosures Pursuant to Fed. R. Civ. P. 26* were caused to be served on November 14, 2012, upon the following in the manner indicated:

| **BY E-MAIL** | **BY E-MAIL** |
|---|---|
| STAMOULIS & WEINBLATT LLC | FARNEY DANIELS LLP |
| | |
| Stamatios Stamoulis | W. Bryan Farney |
| **stamoulis@swdelaw.com** | **bfarney@farneydaniels.com** |
| | |
| Richard C. Weinblatt | Steven R. Daniels |
| **weinblatt@swdelaw.com** | **sdaniels@farneydaniels.com** |

| | |
|---|---|
| THE LEIBOWITZ FIRM | Connie E. Merriett<br>**cmerriett@farneydaniels.com** |
| John P. Leibowitz<br>**john@leibowitz.com** | Melissa V. Melton<br>**mmelton@farneydaniels.com** |
| | FARNEY LAW OFFICE |
| | Leslie Brent Farney<br>**brent@farneylawoffice.com** |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Stephen J. Kraftschik*

Mary B. Graham (#2256)
Stephen J. Kraftschik (#5623)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
mgraham@mnat.com
skraftschik@mnat.com
   *Attorneys for Defendants*

OF COUNSEL:

Karen H. Bromberg
Francisco A. Villegas
Damir Cefo
Maria Granovsky (#4709)
COHEN & GRESSER LLP
800 Third Avenue
New York, New York 10022
(212) 957-7600

November 14, 2012
6701124