IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLERTONE INNOVATIONS, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>AT&T MOBILITY, LLC,<br><br>      Defendant. | Civil Action No. 1:11-cv-0996-LPS<br><br>JURY TRIAL REQUESTED |
| CALLERTONE INNOVATIONS, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>ALLTEL CORPORATION,<br><br>      Defendant. | Civil Action No. 1:11-cv-1033-LPS<br><br>JURY TRIAL REQUESTED |
| CALLERTONE INNOVATIONS, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>BOOST MOBILE, LLC,<br><br>      Defendant. | Civil Action No. 1:11-cv-1034-LPS<br><br>JURY TRIAL REQUESTED |
| CALLERTONE INNOVATIONS, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>CLEARSKY MOBILE MEDIA, INC.,<br><br>      Defendant. | Civil Action No. 1:11-cv-1066-LPS<br><br>JURY TRIAL REQUESTED |

| | |
|---|---|
| CALLERTONE INNOVATIONS, LLC,<br><br>            Plaintiff,<br><br>        v.<br><br>CRICKET COMMUNICATIONS, INC. and LEAP WIRELESS INTERNATIONAL, INC.,<br><br>            Defendants. | Civil Action No. 1:11-cv-1099-LPS<br><br>JURY TRIAL REQUESTED |
| CALLERTONE INNOVATIONS, LLC,<br><br>            Plaintiff,<br><br>        v.<br><br>METROPCS WIRELESS, INC. and METROPCS COMMUNICATIONS, INC.,<br><br>            Defendants. | Civil Action No. 1:11-cv-1067-LPS<br><br>JURY TRIAL REQUESTED |
| CALLERTONE INNOVATIONS, LLC,<br><br>            Plaintiff,<br><br>        v.<br><br>SPRINT NEXTEL CORPORATION,<br><br>            Defendant. | Civil Action No. 1:11-cv-1039-LPS<br><br>JURY TRIAL REQUESTED |
| CALLERTONE INNOVATIONS, LLC,<br><br>            Plaintiff,<br><br>        v.<br><br>T-MOBILE USA, INC.,<br><br>            Defendant. | Civil Action No. 1:11-cv-1035-LPS<br><br>JURY TRIAL REQUESTED |

| | |
|---|---|
| CALLERTONE INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CELLULAR CORPORATION, LIVEWIRE MOBILE, INC. and ZED USA, CORP., <br><br> Defendants. | Civil Action No. 1:11-cv-1068-LPS <br><br> JURY TRIAL REQUESTED |
| CALLERTONE INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, <br><br> Defendant. | Civil Action No. 1:11-cv-1036-LPS <br><br> JURY TRIAL REQUESTED |
| CALLERTONE INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> VIRGIN MOBILE USA, INC. and VIRGIN MOBILE USA, L.P., <br><br> Defendants. | Civil Action No. 1:11-cv-1044-LPS <br><br> JURY TRIAL REQUESTED |

## **NOTICE OF SERVICE**

I certify that on November 14, 2012, true and correct copies of Plaintiff Callertone Innovations, LLC's Initial Disclosures were served upon the following counsel by electronic mail:

J.C. Rozendaal
Michael E. Joffre
Alexander S. Edelson
KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC 20036

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Collins J. Seitz Jr.
David E. Ross
SEITZ ROSS ARONSTRAM & MORITZ LLP
100 S. West Street, Suite 400
Wilmington DE 19801

Douglas M. Kubehl
Christa Brown-Sanford
Derek Casper
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, TX 75201

Karen Jacobs Louden
Jennifer Ying
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Monté T. Squire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

Donald Showalter
GrayRobinson, P.A.
401 East Las Olas Boulevard, Suite 1850
P.O. Box 2328 (33303-9998)
Fort Lauderdale, FL 33301

Karen H. Bromberg
Francisco A. Villegas
Damir Cefo
Maria Granovsky
COHEN & GRESSLER LLP
800 Third Avenue
New York, NY 10022

Mary B. Graham
Jeremy A. Tigan
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Anne Shea Gaza
Jason J. Rawnsley
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801

Robert Harkins
Jennifer Ming
SEDGWICK LLP
333 Bush Street, 30th Floor
San Francisco, CA 94104

Dated:  November 14, 2012	STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis #4606
  stamoulis@swdelaw.com
Richard C. Weinblatt #5080
  weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540

*Attorneys for Plaintiff*
*Callertone Innovations, LLC*