**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CALLERTONE INNOVATIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 11-996-LPS |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| AT&T MOBILITY, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

| | |
|---|---|
| CALLERTONE INNOVATIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 11-1033-LPS |
| ) | |
| v. ) | |
| ) | |
| ALLTEL CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

| | |
|---|---|
| CALLERTONE INNOVATIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 11-1034-LPS |
| ) | |
| v. ) | |
| ) | |
| BOOST MOBILE, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

| | |
|---|---|
| CALLERTONE INNOVATIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 11-1066-LPS |
| ) | |
| v. ) | |
| ) | |
| CLEARSKY MOBILE MEDIA, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

| | |
|---|---|
| CALLERTONE INNOVATIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-1099-LPS |
| ) | |
| CRICKET COMMUNICATIONS, INC. and LEAP ) | |
| WIRELESS INTERNATIONAL, INC., ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| CALLERTONE INNOVATIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 11-1067-LPS |
| v. ) | |
| ) | |
| METROPCS WIRELESS, INC., and ) | |
| METROPCS COMMUNICATIONS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

| | |
|---|---|
| CALLERTONE INNOVATIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 11-1039-LPS |
| ) | |
| v. ) | |
| ) | |
| SPRINT NEXTEL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| CALLERTONE INNOVATIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 11-1035-LPS |
| ) | |
| v. ) | |
| ) | |
| T-MOBILE USA, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

| | |
|---|---|
| CALLERTONE INNOVATIONS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES CELLULAR CORPORATION, )<br>LIVEWIRE MOBILE, INC. and ZED USA, )<br>CORP., )<br>)<br>Defendants. )<br>) | C.A. No. 11-1068-LPS |
| CALLERTONE INNOVATIONS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VERIZON COMMUNICATIONS, INC., )<br>)<br>Defendant. )<br>) | C.A. No. 11-1036-LPS |
| CALLERTONE INNOVATIONS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VIRGINIA MOBILE USA, INC. and )<br>VIRGIN MOBILE USA, L.P. )<br>)<br>Defendant. )<br>) | C.A. No. 11-1044-LPS |

**STIPULATION TO EXTEND TIME TO FILE PROTECTIVE ORDER**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff and Defendants, subject to the approval of the Court, that the deadline for the parties to submit a protective order in this action is extended to January 11, 2013.

3

| STAMOULIS & WEINBLATT LLC | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Richrd C. Weinblatt* <br> Stamatios Stamoulis (#4606) <br> Richard C. Weinblatt (#5080) <br> Two Fox Point Centre <br> 6 Denny Road, Suite 307 <br> Wilmington, DE 19809 <br> (302) 999-1540 <br> stamoulis@swdelaw.com <br> weinblatt@swdelaw.com | By:  */s/ David E. Moore* <br> Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> (302) 984-6000 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com |
| *Attorneys for Plaintiff* <br> *Callertone Innovations, LLC* | *Attorneys for Defendant* <br> *AT&T Mobility, LLC* |
| SEITZ ROSS ARONSTAM & MORITZ LLP | RICHARDS, LAYTON & FINGER, PA |
| By: */s/ Benjamin J. Schladweiler* <br> Collins J. Seitz , Jr. (#2237) <br> David Evan Ross (#5228) <br> Benjamin J. Schladweiler (#4601) <br> Seitz Ross Aronstam & Moritz LLP <br> 100 S. West Street, Suite 400 <br> Wilmington, DE 19801 <br> (302) 576-1600 <br> cseitz@seitzross.com <br> dross@seitzross.com | By: */s/Anne Shea Gaza* <br> Anne Shea Gaza (#4093) <br> Jason James Rawnsley (#5379) <br> One Rodney Square <br> 920 N. King Street <br> Wilmington, DE 19801 <br> (302) 658-6541 <br> gaza@rlf.com <br> rawnsley@rlf.com |
| *Attorneys for Defendants* <br> *Alltel Corporation and Cellco Partnership,* <br> *d/b/a Verizon Wireless* | *Attorneys for Defendants* <br> *Metropcs Wireless, Inc.,* <br> *Metropcs Communications, Inc., and* <br> *T-Mobile USA, Inc.* |

| | |
|---|---|
| YOUNG, CONAWAY, STARGATT & TAYLOR LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |

By: */s/ Monte Terrell Squire*
    Monte Terrell Squire (#4764)
    Rodney Square
    1000 North King Street
    Wilmington, DE 19801
    (302) 571-6713
    msquire@ycst.com

*Attorneys for Defendant*
*Clearsky Mobile Media, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: */s/ Jennifer Ying*
    Karen Jacobs Louden (#2881)
    Jennifer Ying (#5550)
    Morris, Nichols, Arsht & Tunnell LLP
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899
    (302) 658-9200
    kjlefiling@mnat.com
    jying@mnat.com

*Attorneys for Defendants*
*Boost Mobile, LLC, Sprint Nextel Corporation,*
*Virgin Mobile USA, Inc., and Virgin Mobile*
*USA, L.P.*

Dated: November 29, 2012
1084262/38579

By: */s/ Mary Graham*
    Mary B. Graham (#2256)
    Jeremy Tigan (#5239)
    Morris, Nichols, Arsht & Tunnell LLP
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899
    (302) 658-9200
    mbgefiling@mnat.com
    jtigan@mnat.com

*Attorneys for Defendants*
*Cricket Communications, Inc.,*
*Leap Wireless International, Inc.,*
*United States Cellular Corporation,*
*Livewire Mobile, Inc., and*
*ZED USA, Corp.*

    IT IS SO ORDERED this ____ day of _____, 2012

                              _____
                              Judge Leonard P. Stark
                              United States District Court Judge