# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLERTONE INNOVATIONS, LLC, § § Plaintiff, § § v. § § UNITED STATES CELLUAR CORPORATION, § LIVEWIRE MOBILE INC., and ZED USA, § CORP., § § Defendants. § | Civil Action No. 1:11-cv-01068-LPS |

## NOTICE OF SERVICE

I certify that on February 28, 2013, true and correct copies of Plaintiff Callertone Innovations, LLC's Initial Preliminary Patent Litigation Infringement Contentions Re United States Cellular Corporation, Livewire Mobile, Inc., and Zed USA Corp. were served upon the following counsel by electronic means:

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Jennifer Ming
Sedgwick LLP
333 Bush Street, 30th Floor
San Francisco, CA 94104

| | |
|---|---|
| DATED:  March 5, 2013 | STAMOULIS & WEINBLATT LLC |
| | |
| | */s/ Richard C. Weinblatt*        |
| | Stamatios Stamoulis #4606 |
| | stamoulis@swdelaw.com |
| | Richard C. Weinblatt #5080 |
| | weinblatt@swdelaw.com |
| | Two Fox Point Centre |
| | 6 Denny Road, Suite 307 |
| | Wilmington, DE 19809 |
| | Telephone: (302) 999-1540 |
| | |
| | *Attorneys for Plaintiff* |
| | *Callertone Innovations, LLC* |