**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CALLERTONE INNOVATIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-1034-LPS |
| | ) | |
| BOOST MOBILE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| CALLERTONE INNOVATIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-1099-LPS |
| | ) | |
| CRICKET COMMUNICATIONS, INC. and LEAP WIRELESS INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| CALLERTONE INNOVATIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-1067-LPS |
| | ) | |
| METROPCS WIRELESS, INC., and METROPCS COMMUNICATIONS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| CALLERTONE INNOVATIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 11-1039-LPS |
| SPRINT NEXTEL CORPORATION, | ) ) ) | |
| Defendant. | ) ) | |
| CALLERTONE INNOVATIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 11-1035-LPS |
| T-MOBILE USA, INC., | ) ) ) | |
| Defendant. | ) ) | |
| CALLERTONE INNOVATIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 11-1068-LPS |
| UNITED STATES CELLULAR CORPORATION, LIVEWIRE MOBILE, INC. and ZED USA, CORP., | ) ) ) ) ) | |
| Defendants. | ) ) | |

|  |  |  |
|---|---|---|
| CALLERTONE INNOVATIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 11-1036-LPS |
| CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS and ALLTEL CORPORATION, | ) ) ) ) | |
| Defendants. | ) ) | |
| CALLERTONE INNOVATIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 11-1044-LPS |
| VIRGIN MOBILE USA, INC. and VIRGIN MOBILE USA, L.P., | ) ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION AND [PROPOSED] ORDER

IT IS STIPULATED AND AGREED, by and between Plaintiff Callertone Innovations, LLC ("Plaintiff") and Defendants Alltel Corporation; Boost Mobile, LLC; Cellco Partnership d/b/a Verizon Wireless; Cricket Communications, Inc.; Leap Wireless International, Inc.; LiveWire Mobile, Inc.; MetroPCS Wireless, Inc.; MetroPCS Communications, Inc.; Sprint Nextel Corporation; T-Mobile USA, Inc.; United States Cellular Corporation; Virgin Mobile USA Inc.; Virgin Mobile USA, L.P.; and Zed USA Corp. (collectively, "Defendants"), subject to the Court's approval, that the time for Defendants to serve their invalidity contentions pursuant to Paragraph 3(e) of the Court's Scheduling Order (e.g., C.A. No. 11-1034, D.I. 16) is extended through and including Monday, May 6, 2013.

STAMOULIS & WEINBLATT LLC

 /s/ Richard C. Weinblatt
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE  19809
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff Callertone Innovations, LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 /s/ Jennifer Ying
Karen Jacobs Louden (#2881)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
klouden@mnat.com
jying@mnat.com

*Attorneys for Defendants Sprint Nextel Corporation, Boost Mobile, LLC, Virgin Mobile USA, Inc., and Virgin Mobile USA, L.P.*

SEITZ ROSS ARONSTAM & MORITZ LLP

 /s/ Benjamin J. Schladweiler
Collins J. Seitz, Jr. (#2237)
David E. Ross (#5228)
Benjamin J. Schladweiler (#4601)
100 S. West Street, Suite 400
Wilmington, DE  19801
(302) 576-1600
cseitz@seitzross.com
dross@seitzross.com
bschladweiler@seitzross.com

*Attorneys for Defendants Cellco Partnership d/b/a Verizon Wireless and Alltel Corporation*

RICHARDS, LAYTON & FINGER, PA

 /s/ Jason J. Rawnsley
Anne Shea Gaza (#4093)
Jason James Rawnsley (#5379)
One Rodney Square
920 N. King Street
Wilmington, DE  19801
(302) 651-7700
gaza@rlf.com
rawnsley@rlf.com

*Attorneys for Defendants MetroPCS Wireless, Inc., MetroPCS Communications, Inc., and T-Mobile USA, Inc.*

4

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy Tigan*
Mary B. Graham (#2256)
Jeremy Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
mbgefiling@mnat.com
jtigan@mnat.com

*Attorneys for Defendants Cricket Communications, Inc., Leap Wireless International, Inc., United States Cellular Corporation, Livewire Mobile, Inc., and ZED USA, Corp.*

Dated:  April 10, 2013

                    **SO ORDERED,** this _____ day of_____, 2013.

                    _____
                            United States District Judge