**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CALLERTONE INNOVATIONS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 1:11-cv-01068-LPS |
| UNITED STATES CELLUAR CORPORATION, LIVEWIRE MOBILE INC. and ZED USA, CORP. | § § § § § | |
| Defendants. | § § | |

## NOTICE OF SERVICE

I certify that on April 11, 2013, true and correct copies of Plaintiff Callertone Innovations, LLC's Amended Initial Preliminary Patent Litigation Infringement Contentions Re United States Cellular Corporation, Livewire Mobile, Inc., and Zed USA Corp. were served upon the following counsel by electronic means:

Mary B. Graham
Jeremy Tigan
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street
Wilmington, DE 19899

Jennifer Ming
Sedgwick LLP
333 Bush Street, 30th Floor
San Francisco, CA 94104

Damir Cefo
Francisco Villegas
Karen Bromberg
Maria Granovsky
Cohen & Gresser, LLP
800 Third Ave., 21st Floor
New York, NY 10022

| | |
|---|---|
| DATED:  April 11, 2013 | STAMOULIS & WEINBLATT LLC |
| | |
| | */s/ Richard C. Weinblatt*       |
| | Stamatios Stamoulis #4606 |
| | stamoulis@swdelaw.com |
| | Richard C. Weinblatt #5080 |
| | weinblatt@swdelaw.com |
| | Two Fox Point Centre |
| | 6 Denny Road, Suite 307 |
| | Wilmington, DE 19809 |
| | Telephone: (302) 999-1540 |
| | |
| | *Attorneys for Plaintiff* |
| | *Callertone Innovations, LLC* |