**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CALLERTONE INNOVATIONS, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 1:11-cv-0996-LPS |
| | : | |
| AT&T MOBILITY, LLC, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |
| | : | |
| CALLERTONE INNOVATIONS, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 1:11-cv-1033-LPS |
| | : | |
| ALLTEL CORPORATION, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |
| | : | |
| CALLERTONE INNOVATIONS, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 1:11-cv-1034-LPS |
| | : | |
| BOOST MOBILE, LLC, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |
| | : | |
| CALLERTONE INNOVATIONS, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 1:11-cv-1066-LPS |
| | : | |
| CLEARSKY MOBILE MEDIA, INC., | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

CALLERTONE INNOVATIONS, LLC,     :
                                          :
              Plaintiff,         :
                                            :
              v.                 :     Civil Action No. 1:11-cv-1099-LPS
                                            :
CRICKET COMMUNICATIONS, INC. and  :
LEAP WIRELESS INTERNATIONAL, INC., :
                                            :
             Defendants.      :
_____ :

CALLERTONE INNOVATIONS, LLC,     :
                                          :
              Plaintiff,         :
                                            :
              v.                 :     Civil Action No. 1:11-cv-1067-LPS
                                            :
METROPCS WIRELESS, INC., and    :
METROPCS COMMUNICATIONS, INC.   :
                                            :
             Defendants.      :
_____ :

CALLERTONE INNOVATIONS, LLC,     :
                                          :
              Plaintiff,         :
                                            :
              v.                 :     Civil Action No. 1:11-cv-1039-LPS
                                            :
SPRINT NEXTEL CORPORATION,   :
                                            :
             Defendant.       :
_____ :

CALLERTONE INNOVATIONS, LLC,     :
                                          :
              Plaintiff,         :
                                            :
              v.                 :     Civil Action No. 1:11-cv-1035-LPS
                                            :
T-MOBILE USA, INC.,             :
                                            :
             Defendant.       :
_____ :

CALLERTONE INNOVATIONS, LLC, :
         :
    Plaintiff,    :
         :
   v.       : Civil Action No. 1:11-cv-1068-LPS
         :
UNITED STATES CELLULAR  :
CORPORATION, LIVEWIRE MOBILE, :
INC. and ZED USA, CORP.,  :
         :
    Defendants.  :
_____ :

CALLERTONE INNOVATIONS, LLC, :
         :
    Plaintiff,    :
         :
   v.       : Civil Action No. 1:11-cv-1036-LPS
         :
CELLCO PARTNERSHIP D/B/A  :
VERIZON WIRELESS,   :
         :
    Defendant.   :
_____ :

CALLERTONE INNOVATIONS, LLC, :
         :
    Plaintiff,    :
         :
   v.       : Civil Action No. 1:11-cv-1044-LPS
         :
VIRGIN MOBILE USA, INC. and  :
VIRGIN MOBILE USA, L.P.,  :
         :
    Defendants.  :
_____ :

## <u>ORDER</u>

At Wilmington this **29th** day of **April, 2013**.

As a result of the teleconference on April 24, 2013,

IT IS ORDERED that defendants shall provide limited revenue information

to plaintiff on or before May 9, 2013.  Plaintiff shall provide its demand for each defendant in confidential emails/letters, with a copy to Judge Thynge, on or before May 17, 2013. Each defendant shall provide a confidential response by email/letter, which does not require a counter proposal, with a copy to Judge Thynge, on or before May 31, 2013. Since the revenue information, demand and response are part of the mediation process, they are subject to the confidentiality provisions of the court's standard Order Governing Mediation Conferences, including paragraph 8, Confidentiality.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE