# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CALLERTONE INNOVATIONS, LLC, | § § § | |
| Plaintiff, | § § | C.A. No. 11-996-LPS |
| v. | § § | |
| AT&T MOBILITY, LLC, | § § | |
| Defendant. | § | |

_____

| | | |
|---|---|---|
| CALLERTONE INNOVATIONS, LLC, | § § § | |
| Plaintiff, | § § | C.A. No. 11-1034-LPS |
| v. | § § | |
| BOOST MOBILE, LLC, | § § | |
| Defendant. | § | |

_____

| | | |
|---|---|---|
| CALLERTONE INNOVATIONS, LLC, | § § § | |
| Plaintiff, | § § | C.A. No. 11-1099-LPS |
| v. | § § | |
| CRICKET COMMUNICATIONS, INC. and LEAP WIRELESS INTERNATIONAL, INC., | § § § | |
| Defendants. | § | |

_____

| | | |
|---|---|---|
| CALLERTONE INNOVATIONS, LLC, | § § § | |
| Plaintiff, | § § | C.A. No. 11-1067-LPS |
| v. | § § | |
| METROPCS WIRELESS, INC., and METROPCS COMMUNICATIONS, INC. | § § § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| CALLERTONE INNOVATIONS, LLC, | § § § | |
| Plaintiff, | § § | C.A. No. 11-1039-LPS |
| v. | § § § | |
| SPRINT NEXTEL CORPORATION, | § § § | |
| Defendant. | § | |

| | | |
|---|---|---|
| CALLERTONE INNOVATIONS, LLC, | § § § | |
| Plaintiff, | § § | C.A. No. 11-1035-LPS |
| v. | § § § | |
| T-MOBILE USA, INC., | § § § | |
| Defendant. | § | |

| | | |
|---|---|---|
| CALLERTONE INNOVATIONS, LLC, | § § § | |
| Plaintiff, | § § | C.A. No. 11-1068-LPS |
| v. | § § § | |
| UNITED STATES CELLULAR CORPORATION, LIVEWIRE MOBILE, INC. and ZED USA CORP., | § § § § § | |
| Defendants. | § | |

2

_____

| | |
|---|---|
| CALLERTONE INNOVATIONS, LLC, § | |
| § | |
| Plaintiff, § | |
| § | C.A. No. 11-1036-LPS |
| v. § | |
| § | |
| CELLCO PARTNERSHIP D/B/A VERIZON § | |
| WIRELESS and ALLTEL CORPORATION, § | |
| § | |
| Defendants. § | |

_____

| | |
|---|---|
| CALLERTONE INNOVATIONS, LLC, § | |
| § | |
| Plaintiff, § | |
| § | C.A. No. 11-1044-LPS |
| v. § | |
| § | |
| VIRGIN MOBILE USA, INC. and § | |
| VIRGIN MOBILE USA, L.P., § | |
| § | |
| Defendants. § | |

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Callertone Innovations, LLC ("Plaintiff") and Defendants AT&T Mobility, LLC; Alltel Corporation; Boost Mobile, LLC; Cellco Partnership d/b/a Verizon Wireless; Cricket Communications, Inc.; Leap Wireless International, Inc.; LiveWire Mobile, Inc.; MetroPCS Wireless, Inc.; MetroPCS Communications, Inc.; Sprint Nextel Corporation; T-Mobile USA, Inc.; United States Cellular Corporation; Virgin Mobile USA Inc.; Virgin Mobile USA, L.P.; and Zed USA Corp. (collectively, "Defendants"), subject to the Court's approval, that the time for the parties to exchange a list of those claim term(s)/phrase(s) that they believe need construction and their proposed claim construction of those term(s)/phrase(s) pursuant to Paragraph 10 of the Court's Scheduling Order (e.g., C.A. No. 11-1034, D.I. 16) is extended through and including May 14, 2013.

| | |
|---|---|
| */s/ Timothy Devlin* | */s/ Jennifer Ying* |
| Timothy Devlin (#4241) | Karen Jacobs Louden (#2881) |
| FARNEY DANIELS PC | Jennifer Ying (#5550) |
| 1220 Market Street | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| Suite 850 | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 300-4626 | Wilmington, DE 19899 |
| tdevlin@farneydaniels.com | (302) 658-9200 |
| | klouden@mnat.com |
| *Attorneys for Plaintiff Callertone Innovations, LLC* | jying@mnat.com |
| | *Attorneys for Defendants Sprint Nextel Corporation, Boost Mobile, LLC, Virgin Mobile USA, Inc., and Virgin Mobile USA, L.P.* |
| */s/ Benjamin J. Schladweiler* | */s/ Jason J. Rawnsley* |
| Collins J. Seitz Jr. (#2237) | Anne Shea Gaza (#4093) |
| David E. Ross (#5228) | Jason J. Rawnsley (#5379) |
| Benjamin J. Schladweiler (#4601) | RICHARDS, LAYTON & FINGER, P.A. |
| SEITZ ROSS ARONSTRAM & MORITZ LLP | 920 N. King Street |
| 100 S. West Street, Suite 400 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 658-7700 |
| (302) 576-1600 | gaza@rlf.com |
| cseitz@seitzross.com | rawnsley@rlf.com |
| dross@seitzross.com | |
| bschladweiler@seitzross.com | *Attorneys for Defendants MetroPCS Wireless, Inc., MetroPCS Communications, Inc., and T-Mobile USA, Inc.* |
| *Attorneys for Defendants Cellco Partnership d/b/a Verizon Wireless and Alltel Corporation* | |

4

| | |
|---|---|
| */s/ Mary B. Graham* | */s/ David E. Moore* |
| Mary B. Graham (#2256) | Richard L. Horwitz (#2246) |
| Jeremy Tigan (#5239) | David E. Moore (#3983) |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| 1201 North Market Street | Hercules Plaza, 6th Floor |
| P.O. Box 1347 | 1313 N. Market Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 984-6000 |
| mbgefiling@mnat.com | rhorwitz@potteranderson.com |
| jtigan@mnat.com | dmoore@potteranderson.com |

*Attorneys for Defendants Cricket Communications, Inc., Leap Wireless International, Inc., United States Cellular Corporation, Livewire Mobile, Inc., and ZED USA Corp.*

*Attorneys for Defendant AT&T Mobility, LLC*

**SO ORDERED** this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE