**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CALLERTONE INNOVATIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 11-996-LPS |
| AT&T MOBILITY, LLC, | ) ) ) | |
| Defendant. | ) ) | |
| CALLERTONE INNOVATIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 11-1034-LPS |
| BOOST MOBILE, LLC, | ) ) ) | |
| Defendant. | ) ) | |
| CALLERTONE INNOVATIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 11-1099 LPS |
| CRICKET COMMUNICATIONS, INC. and LEAP WIRELESS INTERNATIONAL, INC., | ) ) ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| CALLERTONE INNOVATIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 11-1067-LPS |
| METROPCS WIRELESS, INC. and METROPCS COMMUNICATIONS, INC., | ) ) ) ) | |
| Defendants. | ) ) | |
| CALLERTONE INNOVATIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 11-1035-LPS |
| T-MOBILE USA, INC., | ) ) ) | |
| Defendant. | ) ) | |
| CALLERTONE INNOVATIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 11-1068-LPS |
| UNITED STATES CELLULAR CORPORATION, LIVEWIRE MOBILE, INC., and ZED USA CORP., | ) ) ) ) ) | |
| Defendants. | ) ) | |

| | |
|---|---|
| CALLERTONE INNOVATIONS, LLC,   ) | |
| )                                                  | |
| Plaintiff,   )                         | |
| )                                                  | |
| v.   )                                          | C.A. No. 11-1039-LPS |
| )                                                  | |
| SPRINT NEXTEL CORPORATION,   ) | |
| )                                                  | |
| Defendant.   )                     | |
| )                                                  | |
| CALLERTONE INNOVATIONS, LLC,   ) | |
| )                                                  | |
| Plaintiff,   )                         | |
| )                                                  | |
| v.   )                                          | C.A. No. 11-1036-LPS |
| )                                                  | |
| CELLCO PARTNERSHIP D/B/A VERIZON   ) | |
| WIRELESS and ALLTEL CORPORATION,   ) | |
| )                                                  | |
| Defendants.   )                   | |
| )                                                  | |
| CALLERTONE INNOVATIONS, LLC,   ) | |
| )                                                  | |
| Plaintiff,   )                         | |
| )                                                  | |
| v.   )                                          | C.A. No. 11-1044-LPS |
| )                                                  | |
| VIRGIN MOBILE USA, INC. and   ) | |
| VIRGIN MOBILE USA, L.P.,   )  | |
| )                                                  | |
| Defendants.   )                   | |

**DEFENDANTS' NOTICE OF SUBPOENA DUCES
TECUM TO PROCOPIO, CORY, HARGREAVES & SAVITCH LLP**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 45, Defendants Alltel Corporation; AT&T Mobility, LLC; Boost Mobile, LLC; Cellco Partnership d/b/a Verizon Wireless; Cricket Communications, Inc.; Leap Wireless International, Inc.; LiveWire Mobile, Inc.; MetroPCS Wireless, Inc.; MetroPCS Communications, Inc.; Sprint Nextel Corporation; T-Mobile

3

USA, Inc.; United States Cellular Corporation; Virgin Mobile USA Inc.; Virgin Mobile USA, L.P.; and Zed USA Corp. (collectively, "Defendants") will cause the subpoena attached as Exhibit 1 to be served on Procopio, Cory, Hargreaves & Savitch LLP ("Procopio"), commanding the production of documents in its possession, custody, and control on June 14, 2013, at Federal Express Office Ship Center, 3435 Del Mar Heights Rd., San Diego, CA, 92130, or at an otherwise mutually agreed upon location.

PLEASE TAKE FURTHER NOTICE that, pursuant to Fed. R. Civ. P. 45(e), Procopio may be held in contempt of court if it fails, without adequate justification, to obey the subpoena served on it and that Procopio has certain legal rights in response to the subpoena as outlined in Fed. R. Civ. P. 45(c) and (d).

| | |
|---|---|
| /s/ Benjamin J. Schladweiler | /s/ Karen Jacobs Louden |
| Collins J. Seitz, Jr. (Bar No. 2237) | Karen Jacobs Louden (Bar No. 2881) |
| David E. Ross (Bar No. 5228) | Jennifer Ying (Bar No. 5550) |
| Benjamin J. Schladweiler (Bar No. 4601) | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| SEITZ ROSS ARONSTAM & MORITZ LLP | 1201 North Market Street |
| 100 S. West Street, Suite 400 | P.O. Box 1347 |
| Wilmington, DE  19801 | Wilmington, DE  19899 |
| (302) 576-1600 | (302) 658-9200 |
| cseitz@seitzross.com | klouden@mnat.com |
| dross@seitzross.com | jying@mnat.com |
| bschladweiler@seitzross.com | |
| | |
| *Attorneys for Defendants Cellco Partnership d/b/a Verizon Wireless and Alltel Corporation* | *Attorneys for Defendants Sprint Nextel Corporation, Boost Mobile, LLC, Virgin Mobile USA, Inc., and Virgin Mobile USA, L.P.* |

| | |
|---|---|
| */s/ Jeremy Tigan* <br> Mary B. Graham (Bar No. 2256) <br> Jeremy Tigan (Bar No. 5239) <br> MORRIS, NICHOLS, ARSHT & TUNNELL LLP <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE  19899 <br> (302) 658-9200 <br> mbgefiling@mnat.com <br> jtigan@mnat.com <br><br> *Attorneys for Defendants Cricket Communications, Inc., Leap Wireless International, Inc., United States Cellular Corporation, Livewire Mobile, Inc., and ZED USA Corp.* | */s/ Jason J. Rawnsley* <br> Anne Shea Gaza (Bar No. 4093) <br> Jason J. Rawnsley (Bar No. 5379) <br> RICHARDS, LAYTON & FINGER, P.A. <br> 920 N. King Street <br> Wilmington, DE  19801 <br> (302) 658-7700 <br> gaza@rlf.com <br> rawnsley@rlf.com <br><br> *Attorneys for Defendants MetroPCS Wireless, Inc., MetroPCS Communications, Inc., and T-Mobile USA, Inc.* |

 */s/ David E. Moore*
Richard L. Horwitz (Bar No. 2246)
David E. Moore (Bar No. 3983)
Bindu A. Palapura (Bar No. 5370)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Defendant AT&T*


Dated:  May 20, 2013