**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CALLERTONE INNOVATIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-996-LPS |
| | ) | |
| AT&T MOBILITY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| CALLERTONE INNOVATIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-1034-LPS |
| | ) | |
| BOOST MOBILE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| CALLERTONE INNOVATIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-1099 LPS |
| | ) | |
| CRICKET COMMUNICATIONS, INC. and LEAP WIRELESS INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| CALLERTONE INNOVATIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 11-1067-LPS |
| METROPCS WIRELESS, INC. and METROPCS COMMUNICATIONS, INC., | ) ) ) ) | |
| Defendants. | ) ) | |
| CALLERTONE INNOVATIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 11-1035-LPS |
| T-MOBILE USA, INC., | ) ) ) | |
| Defendant. | ) ) | |
| CALLERTONE INNOVATIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 11-1068-LPS |
| UNITED STATES CELLULAR CORPORATION, LIVEWIRE MOBILE, INC., and ZED USA CORP., | ) ) ) ) ) | |
| Defendants. | ) ) | |

| | |  |
|---|---|---|
| CALLERTONE INNOVATIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 11-1039-LPS |
| SPRINT NEXTEL CORPORATION, | ) ) ) | |
| Defendant. | ) ) | |
| CALLERTONE INNOVATIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 11-1036-LPS |
| CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS and ALLTEL CORPORATION, | ) ) ) | |
| Defendants. | ) ) | |
| CALLERTONE INNOVATIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 11-1044-LPS |
| VIRGIN MOBILE USA, INC. and VIRGIN MOBILE USA, L.P., | ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' NOTICE OF SUBPOENA**
**<u>DUCES TECUM TO JONATHAN STRIETZEL</u>**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 45, Defendants Alltel Corporation; AT&T Mobility, LLC; Boost Mobile, LLC; Cellco Partnership d/b/a Verizon Wireless; Cricket Communications, Inc.; Leap Wireless International, Inc.; LiveWire Mobile, Inc.; MetroPCS Wireless, Inc.; MetroPCS Communications, Inc.; Sprint Nextel Corporation; T-Mobile

3

USA, Inc.; United States Cellular Corporation; Virgin Mobile USA Inc.; Virgin Mobile USA, L.P.; and Zed USA Corp. (collectively, "Defendants") will cause the subpoena attached as Exhibit 1 to be served on Jonathan Strietzel, commanding the production of documents in his possession, custody, and control on June 14, 2013, at Federal Express Office Ship Center, 11542 Knott Street, Garden Grove, CA 92841, or an otherwise mutually agreed upon location.

      PLEASE TAKE FURTHER NOTICE that, pursuant to Fed. R. Civ. P. 45(e), Mr. Strietzel may be held in contempt of court if he fails, without adequate justification, to obey the subpoena served on him and that Mr. Strietzel has certain legal rights in response to the subpoena as outlined in Fed. R. Civ. P. 45(c) and (d).

| | |
|---|---|
| */s/ Benjamin J. Schladweiler* | */s/ Karen Jacobs Louden* |
| Collins J. Seitz, Jr. (Bar No. 2237) | Karen Jacobs Louden (Bar No. 2881) |
| David E. Ross (Bar No. 5228) | Jennifer Ying (Bar No. 5550) |
| Benjamin J. Schladweiler (Bar No. 4601) | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| SEITZ ROSS ARONSTAM & MORITZ LLP | 1201 North Market Street |
| 100 S. West Street, Suite 400 | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 576-1600 | (302) 658-9200 |
| cseitz@seitzross.com | klouden@mnat.com |
| dross@seitzross.com | jying@mnat.com |
| bschladweiler@seitzross.com | |
| | *Attorneys for Defendants Sprint Nextel* |
| *Attorneys for Defendants Cellco Partnership* | *Corporation, Boost Mobile, LLC, Virgin* |
| *d/b/a Verizon Wireless and Alltel Corporation* | *Mobile USA, Inc., and Virgin Mobile USA, L.P.* |

4

 /s/ Jeremy Tigan
Mary B. Graham (Bar No. 2256)
Jeremy Tigan (Bar No. 5239)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
mbgefiling@mnat.com
jtigan@mnat.com

*Attorneys for Defendants Cricket Communications, Inc., Leap Wireless International, Inc., United States Cellular Corporation, Livewire Mobile, Inc., and ZED USA Corp.*

 /s/ David E. Moore
Richard L. Horwitz (Bar No. 2246)
David E. Moore (Bar No. 3983)
Bindu A. Palapura (Bar No. 5370)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Defendant AT&T*

 /s/ Jason J. Rawnsley
Anne Shea Gaza (Bar No. 4093)
Jason J. Rawnsley (Bar No. 5379)
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, DE  19801
(302) 658-7700
gaza@rlf.com
rawnsley@rlf.com

*Attorneys for Defendants MetroPCS Wireless, Inc., MetroPCS Communications, Inc., and T-Mobile USA, Inc.*

Dated:  May 20, 2013