IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CALLERTONE INNOVATIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-1034 (LPS) |
| | ) | |
| BOOST MOBILE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| CALLERTONE INNOVATIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-1099 (LPS) |
| | ) | |
| CRICKET COMMUNICATIONS, INC. and LEAP WIRELESS INTERNATIONAL, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| CALLERTONE INNOVATIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-1067 (LPS) |
| | ) | |
| METROPCS WIRELESS, INC. and METROPCS COMMUNICATIONS, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| CALLERTONE INNOVATIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-1035 (LPS) |
| | ) | |
| T-MOBILE USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | |
|---|---|
| CALLERTONE INNOVATIONS, LLC,     ) <br>     ) <br>     Plaintiff,     ) <br>     ) <br>     v.     ) <br>     ) <br> UNITED STATES CELLULAR     ) <br> CORPORATION, LIVEWIRE MOBILE,     ) <br> INC., and ZED USA CORP.,     ) <br>     ) <br>     Defendants.     ) | C.A. No. 11-1068 (LPS) |
| CALLERTONE INNOVATIONS, LLC,     ) <br>     ) <br>     Plaintiff,     ) <br>     ) <br>     v.     ) <br>     ) <br> SPRINT NEXTEL CORPORATION,     ) <br>     ) <br>     Defendant.     ) | C.A. No. 11-1039 (LPS) |
| CALLERTONE INNOVATIONS, LLC,     ) <br>     ) <br>     Plaintiff,     ) <br>     ) <br>     v.     ) <br>     ) <br> CELLCO PARTNERSHIP D/B/A VERIZON     ) <br> WIRELESS and ALLTEL CORPORATION,     ) <br>     ) <br>     Defendants.     ) | C.A. No. 11-1036 (LPS) |
| CALLERTONE INNOVATIONS, LLC,     ) <br>     ) <br>     Plaintiff,     ) <br>     ) <br>     v.     ) <br>     ) <br> VIRGIN MOBILE USA, INC. and     ) <br> VIRGIN MOBILE USA, L.P.,     ) <br>     ) <br>     Defendants.     ) | C.A. No. 11-1044 (LPS) |

## STIPULATION AND [PROPOSED] ORDER REGARDING CLAIM CONSTRUCTION BRIEFING PROPOSAL

Pursuant to Paragraph 11 of the Court's Scheduling Order (e.g., C.A. No. 11-1034, D.I. 16) and the parties' May 30, 2013 stipulation (e.g., C.A. No. 11-1034, D.I. 36), it is hereby stipulated and agreed to, by and between Plaintiff Callertone Innovations, LLC ("Plaintiff") and Defendants Alltel Corporation; Boost Mobile, LLC; Cellco Partnership d/b/a Verizon Wireless; Cricket Communications, Inc.; Leap Wireless International, Inc.; LiveWire Mobile, Inc.; MetroPCS Wireless, Inc.; MetroPCS Communications, Inc.; Sprint Nextel Corporation; T-Mobile USA, Inc.; United States Cellular Corporation; Virgin Mobile USA Inc.; Virgin Mobile USA, L.P.; and Zed USA Corp. (collectively, "Defendants"), subject to the Court's approval, that the following limits will apply to the parties' claim construction briefs:

1. Opening and Responsive briefs shall not exceed 25 pages.

2. On the same day that the parties' opening briefs are due, each Defendant may also serve an individual opening brief, not to exceed 3 pages, on its individual claim construction positions, if applicable.[1]

3. On the same day that the parties' responsive briefs are due, Plaintiff may also file a reply brief, not to exceed 3 pages, in response to each individual opening brief filed by a Defendant.

| | |
|---|---|
| FARNEY DANIELS PC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Timothy Devlin | /s/ Jennifer Ying |
| Timothy Devlin (#4241) | Karen Jacobs Louden (#2881) |
| 1220 Market Street, Ste. 850 | Jennifer Ying (#5550) |
| Wilmington, DE 19801 | 1201 North Market Street |
| (302) 300-4626 | P.O. Box 1347 |
| tdevlin@farneydaniels.com | Wilmington, DE 19899 |

---

[1] At most, Defendants anticipate filing only a single individual opening brief.

| | |
|---|---|
| Melissa V. Melton<br>800 South Austin Ave., Ste. 200<br>Georgetown, Texas 78626<br>(512) 582-2828<br>mmelton@farneydaniels.com<br><br>*Attorneys for Plaintiff Callertone Innovations, LLC*<br><br>SEITZ ROSS ARONSTAM & MORITZ LLP<br><br>*/s/ Benjamin J. Schladweiler*<br>Collins J. Seitz Jr. (#2237)<br>Benjamin J. Schladweiler (#4601)<br>David E. Ross (#5228)<br>100 S. West Street, Suite 400<br>Wilmington, DE 19801<br>(302) 576-1600<br>cseitz@seitzross.com<br>bschladweiler@seitzross.com<br>dross@seitzross.com<br><br>*Attorneys for Cellco Partnership d/b/a Verizon Wireless and Alltel Corporation*<br><br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Mary B. Graham*<br>Mary B. Graham (#2256)<br>Jeremy Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mgraham@mnat.com<br>jtigan@mnat.com<br><br>*Attorneys for Defendants Cricket Communications, Inc., Leap Wireless International, Inc., United States Cellular Corporation, Livewire Mobile, Inc., and ZED USA, Corp.* | (302) 658-9200<br>klouden@mnat.com<br>jying@mnat.com<br><br>*Attorneys for Defendants Sprint Nextel Corporation, Boost Mobile, LLC, Virgin Mobile USA, Inc., and Virgin Mobile USA, L.P.*<br><br>RICHARDS, LAYTON & FINGER, PA<br><br>*/s/ Anne Shea Gaza*<br>Anne Shea Gaza (#4093)<br>Jason James Rawnsley (#5379)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>gaza@rlf.com<br>rawnsley@rlf.com<br><br>*Attorneys for Defendants MetroPCS Wireless, Inc., MetroPCS Communications, Inc., and T-Mobile USA, Inc.*<br><br>June 11, 2013<br>7278673 |

**SO ORDERED** this _____ day of June, 2013.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE