## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLERTONE INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY, LLC,<br><br>Defendant. | Civil Action No. 1:11-cv-0996-LPS<br><br>JURY TRIAL REQUESTED |
| CALLERTONE INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALLTEL CORPORATION,<br><br>Defendant. | Civil Action No. 1:11-cv-1033-LPS<br><br>JURY TRIAL REQUESTED |
| CALLERTONE INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BOOST MOBILE, LLC,<br><br>Defendant. | Civil Action No. 1:11-cv-1034-LPS<br><br>JURY TRIAL REQUESTED |
| CALLERTONE INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CLEARSKY MOBILE MEDIA, INC.,<br><br>Defendant. | Civil Action No. 1:11-cv-1066-LPS<br><br>JURY TRIAL REQUESTED |

CALLERTONE INNOVATIONS, LLC,

    Plaintiff,

  v.

CRICKET COMMUNICATIONS, INC.
and LEAP WIRELESS INTERNATIONAL,
INC.,

    Defendants.

Civil Action No. 1:11-cv-1099-LPS

JURY TRIAL REQUESTED

---

CALLERTONE INNOVATIONS, LLC,

    Plaintiff,

  v.

METROPCS WIRELESS, INC. and
METROPCS COMMUNICATIONS, INC.,

    Defendants.

Civil Action No. 1:11-cv-1067-LPS

JURY TRIAL REQUESTED

---

CALLERTONE INNOVATIONS, LLC,

    Plaintiff,

  v.

SPRINT NEXTEL CORPORATION,

    Defendant.

Civil Action No. 1:11-cv-1039-LPS

JURY TRIAL REQUESTED

---

CALLERTONE INNOVATIONS, LLC,

    Plaintiff,

  v.

T-MOBILE USA, INC.,

    Defendant.

Civil Action No. 1:11-cv-1035-LPS

JURY TRIAL REQUESTED

CALLERTONE INNOVATIONS, LLC,

        Plaintiff,

    v.

UNITED STATES CELLULAR
CORPORATION, LIVEWIRE MOBILE,
INC. and ZED USA, CORP.,

        Defendants.

Civil Action No. 1:11-cv-1068-LPS

JURY TRIAL REQUESTED

---

CALLERTONE INNOVATIONS, LLC,

        Plaintiff,

    v.

CELLCO PARTNERSHIP D/B/A
VERIZON WIRELESS,

        Defendant.

Civil Action No. 1:11-cv-1036-LPS

JURY TRIAL REQUESTED

---

CALLERTONE INNOVATIONS, LLC,

        Plaintiff,

    v.

VIRGIN MOBILE USA, INC.
and VIRGIN MOBILE USA, L.P.,

        Defendants.

Civil Action No. 1:11-cv-1044-LPS

JURY TRIAL REQUESTED

## JOINT INTERIM STATUS REPORT

Pursuant to Paragraph 8 of the Court's Scheduling Order, the Parties hereby submit this Joint Interim Status Report.

## I.      NATURE AND STAGE OF THE PROCEEDINGS

Callertone filed these patent infringement cases asserting U.S. Patent Nos. 7,852,995 and 7,860,225 against Defendants' ringback tone and related services.  Defendants filed defenses or counterclaims seeking declaratory judgments of non-infringement and invalidity as to both patents.

The Court's scheduling order (e.g., C.A. No. 11-1036, D.I. 20) set June 14, 2013, as the date for the substantial completion of document production.  On June 11, 2013, the parties filed a joint claim construction chart.  The parties are set to begin claim construction briefing on July 9, 2013, with a claim construction hearing set for September 6, 2013.

Fact discovery is to be completed by December 3, 2013.  The Court has not yet set a trial date.

## II.      PROGRESS OF DISCOVERY

Discovery in this case is ongoing.  The parties have a number of discovery disputes that they are attempting to resolve independently and will bring to the Court's attention if necessary.  Specifically, Defendants have requested and Plaintiff has agreed to supplement its document discovery

## III.      ISSUES REQUIRING THE COURT'S ATTENTION

There are no pending motions at this time.  The parties are attempting to resolve a number of outstanding disputes.  At this time none require the Court's attention.  To the extent any of those disputes subsequently require the Court's intervention, the parties will address them in accordance with the Court's rules.

Respectfully Submitted,

FARNEY DANIELS, PC


/s/ Timothy Devlin
Timothy Devlin  (DE Bar # 4241)
W. Bryan Farney
(admitted *pro hac vice*)
Email:  bfarney@farneydaniels.com
Steven R. Daniels
(admitted *pro hac vice*)
Email:  sdaniels@farneydaniels.com
Melissa Vanessah Melton
(admitted *pro hac vice*)
mmelton@farneydaniels.com
800 S. Austin Avenue, Suite 200
Georgetown, TX  78626
Telephone:  (512) 582-2828
Facsimile:  (512) 582-2829

L. Brent Farney
Email: Brent@farneylawoffice.com
(admitted *pro hac vice*)
1777 N.E. Loop 410, Ste. 600
San Antonio, TX 78217

John P. Leibowitz
Email: John@johnleibowitz.com
(admitted *pro hac vice*)
14090 Southwest Freeway, Ste.300
Sugar Land, TX 77478

Stamatios Stamoulis #4606
Email:  stamoulis@swdelaw.com
Richard C. Weinblatt #5080
Email:  weinblatt@swdelaw.com
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone:  (302) 999-1540

*Attorneys for Plaintiff*

/s/Anne Shea Gaza_____
Anne Shea Gaza (DE Bar #4093)
Jason James Rawnsley (DE Bar #5379)
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
Gaza@rfl.com
Rawnsley@rfl.com

*Attorneys for MetroPCS Wireless, Inc.*
*and MetroPCS Communications,  Inc. and*
*T-Mobile, USA, Inc.*


/s/Benjamin J. Schladweiler
Benjamin J. Schladweiler (DE Bar #4601)
Collins J. Seitz (DE Bar #2237)
David Evan Ross (DE Bar #5228)
Seitz Ross Aronstam & Moritz, LP
100 S. West Street, Ste. 40
Wilmington, DE 19801
(302) 576-1600
Cseitz@seitzross.com
Dross@seitzross.com
bjs@seitzross.com

*Attorneys for Alltel Corporation, Cellco*
*Partnership d/b/a Verizon*

/s/ Jennifer Ying_____
Jennifer Ying (DE Bar #5550)
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Jying@mnat.com

*Attorneys for Sprint Nextel Corporation; Boost*
*Mobile, LLC; Virgin Mobile USA, Inc. and*
*Virgin Mobile USA LP*


/s/ Maria Granovsky_____
Maria Granovsky (DE Bar #4709)
Cohen & Gresser
800 Third Ave., 21st Floor
New York, New York 10022
mgranovsky@cohengresser.com

*Attorney for Cricket Communications, Inc.,*
*Leap Wireless International, Inc., United*
*States Cellular Corporation, Livewire Mobile,*
*Inc., and Zed USA, Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2013, I caused to be electronically filed the above

document with the Clerk of Court using CM/ECF which will send electronic notification of

such filing to all registered counsel.


/s/Timothy Devlin_____