**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CALLERTONE INNOVATIONS, LLC, | |
| Plaintiff, | Civil Action No. 1:11-cv-1034-LPS |
| v. | |
| BOOST MOBILE, LLC, | JURY TRIAL REQUESTED |
| Defendant. | |
| CALLERTONE INNOVATIONS, LLC, | |
| Plaintiff, | Civil Action No. 1:11-cv-1099-LPS |
| v. | |
| CRICKET COMMUNICATIONS, INC. and LEAP WIRELESS INTERNATIONAL, INC., | JURY TRIAL REQUESTED |
| Defendants. | |
| CALLERTONE INNOVATIONS, LLC, | |
| Plaintiff, | Civil Action No. 1:11-cv-1067-LPS |
| v. | |
| METROPCS WIRELESS, INC. and METROPCS COMMUNICATIONS, INC., | JURY TRIAL REQUESTED |
| Defendants. | |
| CALLERTONE INNOVATIONS, LLC, | |
| Plaintiff, | Civil Action No. 1:11-cv-1039-LPS |
| v. | |
| SPRINT NEXTEL CORPORATION, | JURY TRIAL REQUESTED |
| Defendant. | |

| | |
|---|---|
| CALLERTONE INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> T-MOBILE USA, INC., <br><br> Defendant. | Civil Action No. 1:11-cv-1035-LPS <br><br> JURY TRIAL REQUESTED |
| CALLERTONE INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CELLULAR CORPORATION, LIVEWIRE MOBILE, INC., and ZED USA CORP., <br><br> Defendants. | Civil Action No. 1:11-cv-1068-LPS <br><br> JURY TRIAL REQUESTED |
| CALLERTONE INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and ALLTEL CORPORATION, <br><br> Defendants. | Civil Action No. 1:11-cv-1036-LPS <br><br> JURY TRIAL REQUESTED |
| CALLERTONE INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> VIRGIN MOBILE USA, INC. and VIRGIN MOBILE USA, L.P., <br><br> Defendants. | Civil Action No. 1:11-cv-1044-LPS <br><br> JURY TRIAL REQUESTED |

### PLAINTIFF CALLERTONE INNOVATIONS, LLC'S
### MOTION FOR LEAVE TO WITHDRAW THE APPEARANCE OF DEBRA COLEMAN

Plaintiff Callertone Innovations, LLC ("Callertone") respectfully moves for leave to withdraw the appearance of Debra Coleman in this matter pursuant to LR 83.17.

As grounds and good cause for this Motion, counsel for Callertone hereby advise the Court that Debra Coleman has left the employ of Farney Daniels PC. Subsequently, Debra Coleman has no current relationship with Callertone and no additional interest in the matter at hand. Therefore, Debra Coleman wishes to withdraw her appearance and be removed from the notification list.

WHEREFORE, good cause having been shown, Callertone respectfully requests that this Motion be granted and that the clerk be ordered to remove the name of Debra Coleman from the register of this matter.

Dated:  July 22, 2013

FARNEY DANIELS PC

*/s/ Timothy Devlin*
Timothy Devlin #4241
Email:  tdevlin@farneydaniels.com
FARNEY DANIELS PC
1220 Market Street, Ste. 850
Wilmington, DE 19801
Telephone:  (302) 300-4626

W. Bryan Farney
(admitted *pro hac vice*)
Email:  bfarney@farneydaniels.com
Steven R. Daniels
(admitted *pro hac vice*)
Email:  sdaniels@farneydaniels.com
Brett I. Johnson
(admitted *pro hac vice*)
Email:  bijohnson@farneydaniels.com

            Melissa Vanessah Melton
            (admitted *pro hac vice*)
            Email:  mmelton@farneydaniels.com
            FARNEY DANIELS PC
            800 S. Austin Avenue, Suite 200
            Georgetown, TX  78626
            Telephone:  (512) 582-2828
            Facsimile:  (512) 582-2829

            L. Brent Farney
            (admitted *pro hac vice*)
            Email: brent@farneylawoffice.com
            FARNEY LAW OFFICE
            1777 N.E. Loop 410, Ste. 600
            San Antonio, TX  78217
            Telephone:  (210) 841-5757
            Facsimile:  (866) 652-8564

            John P. Leibowitz
            (admitted *pro hac vice*)
            Email: john@johnleibowitz.com
            LAW OFFICES OF JOHN P. LEIBOWITZ
            14090 Southwest Freeway, Ste. 300
            Sugar Land, TX  77478
            Telephone:  (281) 340-2045
            Facsimile:  (800) 549-6519

            Stamatios Stamoulis #4606
            Email:  stamoulis@swdelaw.com
            Richard C. Weinblatt #5080
            Email:  weinblatt@swdelaw.com
            STAMOULIS & WEINBLATT LLC
            Two Fox Point Centre
            6 Denny Road, Suite 307
            Wilmington, DE 19809
            Telephone:  (302) 999-1540

            *Attorneys for Plaintiff*
            *Callertone Innovations, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2013, I caused the above document to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification of such filing to all registered counsel.

                                            */s/ Timothy Devlin*
                                            Timothy Devlin