# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CALLERTONE INNOVATIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 11-1034-LPS |
| BOOST MOBILE, LLC, | ) ) ) | |
| Defendant. | ) ) | |
| CALLERTONE INNOVATIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 11-1099 LPS |
| CRICKET COMMUNICATIONS, INC. and LEAP WIRELESS INTERNATIONAL, INC., | ) ) ) ) ) | |
| Defendants. | ) ) | |
| CALLERTONE INNOVATIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 11-1067-LPS |
| METROPCS WIRELESS, INC. and METROPCS COMMUNICATIONS, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

| | |
|---|---|
| CALLERTONE INNOVATIONS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>T-MOBILE USA, INC., )<br>)<br>Defendant. ) | C.A. No. 11-1035-LPS |
| CALLERTONE INNOVATIONS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES CELLULAR )<br>CORPORATION, LIVEWIRE MOBILE, )<br>INC., and ZED USA CORP., )<br>)<br>Defendants. ) | C.A. No. 11-1068-LPS |
| CALLERTONE INNOVATIONS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SPRINT NEXTEL CORPORATION, )<br>)<br>Defendant. ) | C.A. No. 11-1039-LPS |

| | ) | |
|---|---|---|
| CALLERTONE INNOVATIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-1036-LPS |
| | ) | |
| CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS and ALLTEL CORPORATION, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| CALLERTONE INNOVATIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-1044-LPS |
| | ) | |
| VIRGIN MOBILE USA, INC. and VIRGIN MOBILE USA, L.P., | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **REVISED JOINT CLAIM CONSTRUCTION CHART**

The parties in the above-captioned matter respectfully submit the enclosed Revised Joint Claim Construction Chart, which updates the chart the parties submitted on June 11, 2013 (*e.g.*, C.A. No. 11-1099, D.I. 38) setting forth the disputed claim terms and proposed constructions in U.S. Patent Nos. 7,852,995 and 7,850,225 (collectively, "the Patents-in-Suit").

A copy of the parties' Revised Joint Claim Construction Chart is attached as Exhibit A. A redline showing changes from the parties' initial Joint Claim Construction Chart is attached as Exhibit B. Copies of the Patents-in-Suit and other portions of the intrinsic record relied upon by the parties were submitted with the parties' initial Joint Claim Construction Chart filing (*e.g.*, C.A. No. 11-1099, D.I. 39) and have not changed.

| | |
|---|---|
| FARNEY DANIELS PC<br><br>/s/ Timothy Devlin<br>Timothy Devlin (Bar No. 4241)<br>1220 Market Street, Suite 850<br>Wilmington, DE 19801<br>(302) 300-4626<br>tdevlin@farneydaniels.com<br><br>*Attorney for Plaintiff Callertone Innovations, LLC* | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>/s/ Jennifer Ying<br>Karen Jacobs Louden (Bar No. 2881)<br>Jennifer Ying (Bar No. 5550)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>klouden@mnat.com<br>jying@mnat.com<br><br>*Attorneys for Defendants Sprint Nextel Corporation, Boost Mobile, LLC, Virgin Mobile USA, Inc., and Virgin Mobile USA, L.P.* |
| SEITZ ROSS ARONSTAM & MORITZ LLP<br><br>/s/ Benjamin J. Schladweiler<br>Collins J. Seitz, Jr. (Bar No. 2237)<br>David E. Ross (Bar No. 5228)<br>Benjamin J. Schladweiler (Bar No. 4601)<br>100 S. West Street, Suite 400<br>Wilmington, DE 19801<br>(302) 576-1600<br>cseitz@seitzross.com<br>dross@seitzross.com<br>bschladweiler@seitzross.com<br><br>*Attorneys for Defendants Cellco Partnership d/b/a Verizon Wireless and Alltel Corporation* | RICHARDS, LAYTON & FINGER, P.A.<br><br>/s/ Jason J. Rawnsley<br>Anne Shea Gaza (Bar No. 4093)<br>Jason J. Rawnsley (Bar No. 5379)<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 658-7700<br>gaza@rlf.com<br>rawnsley@rlf.com<br><br>*Attorneys for Defendants MetroPCS Wireless, Inc., MetroPCS Communications, Inc., and T-Mobile USA, Inc.* |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 */s/ Jeremy Tigan*
Mary B. Graham (Bar No. 2256)
Jeremy Tigan (Bar No. 5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
mbgefiling@mnat.com
jtigan@mnat.com

*Attorneys for Defendants Cricket Communications, Inc., Leap Wireless International, Inc., United States Cellular Corporation, Livewire Mobile, Inc., and ZED USA Corp.*


Dated:  July 22, 2013