IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CALLERTONE INNOVATIONS, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 11-1034 (LPS) |
| BOOST MOBILE, LLC, | ) | |
| Defendant. | ) | |
| CALLERTONE INNOVATIONS, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 11-1099 (LPS) |
| CRICKET COMMUNICATIONS, INC. and LEAP WIRELESS INTERNATIONAL, INC., | ) | |
| Defendants. | ) | |
| CALLERTONE INNOVATIONS, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 11-1067 (LPS) |
| METROPCS WIRELESS, INC. and METROPCS COMMUNICATIONS, INC., | ) | |
| Defendants. | ) | |
| CALLERTONE INNOVATIONS, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 11-1035 (LPS) |
| T-MOBILE USA, INC., | ) | |
| Defendant. | ) | |

| | |
|---|---|
| CALLERTONE INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES CELLULAR CORPORATION, LIVEWIRE MOBILE, INC., and ZED USA CORP.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 11-1068 (LPS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| CALLERTONE INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>SPRINT NEXTEL CORPORATION,<br><br>    Defendant. | )<br>)<br>)<br>)  C.A. No. 11-1039 (LPS)<br>)<br>)<br>)<br>)<br>) |
| CALLERTONE INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS and ALLTEL CORPORATION,<br><br>    Defendants. | )<br>)<br>)<br>)  C.A. No. 11-1036 (LPS)<br>)<br>)<br>)<br>)<br>)<br>) |
| CALLERTONE INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>VIRGIN MOBILE USA, INC. and VIRGIN MOBILE USA, L.P.,<br><br>    Defendants. | )<br>)<br>)<br>)  C.A. No. 11-1044 (LPS)<br>)<br>)<br>)<br>)<br>)<br>)  **REDACTED PUBLIC VERSION** |

<u>**DECLARATION OF JOHN C. ROZENDAL IN SUPPORT OF**</u>
<u>**DEFENDANTS' JOINT OPENING CLAIM CONSTRUCTION BRIEF**</u>

I, John Christopher Rozendaal, declare as follows:

1. I am a partner at the law firm Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. I am one of the attorneys representing Defendant Cellco Partnership d/b/a Verizon Wireless and Alltel Corporation, and I am admitted *pro hac vice* in this matter. I submit this declaration in support of Defendants' Joint Opening Claim Construction Brief.

2. Attached hereto as Exhibit G is a copy of U.S. Patent No. 5,557,658 to Gregorek, et al.

3. Attached hereto as Exhibit H is a true and accurate copy of an excerpt from *Webster's Third New International Dictionary* (2002) defining the word *class*.

4. Attached hereto as Exhibit I is a true and accurate copy of an excerpt from *Random House Unabridged Dictionary* (2d ed. 1993) defining the word *class*.

5. Attached hereto as Exhibit J is a true and accurate copy of an excerpt from *Merriam-Webster Collegiate Dictionary* (10th ed. 1999) defining the word *classification*.

6. Attached hereto as Exhibit K is a true and accurate copy of excerpts from Callertone's Amended Preliminary Infringement Contentions to Cellco Partnership d/b/a Verizon Wireless, served on April 11, 2013. This document has been designated as Highly Confidential.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 23rd day of July, 2013, in Washington, D.C.

John Christopher Rozendaal