IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CALLERTONE INNOVATIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-1034 (LPS) |
| | ) | |
| BOOST MOBILE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| CALLERTONE INNOVATIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-1099 (LPS) |
| | ) | |
| CRICKET COMMUNICATIONS, INC. and LEAP WIRELESS INTERNATIONAL, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| CALLERTONE INNOVATIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-1067 (LPS) |
| | ) | |
| METROPCS WIRELESS, INC. and METROPCS COMMUNICATIONS, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| CALLERTONE INNOVATIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-1035 (LPS) |
| | ) | |
| T-MOBILE USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | |
|---|---|
| CALLERTONE INNOVATIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-1068 (LPS) |
| ) | |
| UNITED STATES CELLULAR ) | |
| CORPORATION, LIVEWIRE MOBILE, ) | |
| INC., and ZED USA CORP., ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| CALLERTONE INNOVATIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 11-1039 (LPS) |
| v. ) | |
| ) | |
| SPRINT NEXTEL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| CALLERTONE INNOVATIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 11-1036 (LPS) |
| v. ) | |
| ) | |
| CELLCO PARTNERSHIP D/B/A VERIZON ) | |
| WIRELESS and ALLTEL CORPORATION, ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| CALLERTONE INNOVATIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-1044 (LPS) |
| ) | |
| VIRGIN MOBILE USA, INC. and ) | |
| VIRGIN MOBILE USA, L.P., ) | |
| ) | |
| Defendants. ) | |

## NOTICE REGARDING PARTIES' AGREED-UPON PROPOSALS REGARDING *MARKMAN* HEARING

Subject to the Court's approval, Plaintiff Callertone Innovations, LLC ("Plaintiff") and Defendants Alltel Corporation; Boost Mobile, LLC; Cellco Partnership d/b/a Verizon Wireless; Cricket Communications, Inc.; Leap Wireless International, Inc.; LiveWire Mobile, Inc.; MetroPCS Wireless, Inc.; MetroPCS Communications, Inc.; Sprint Nextel Corporation; T-Mobile USA, Inc.; United States Cellular Corporation; Virgin Mobile USA Inc.; Virgin Mobile USA, L.P.; and Zed USA Corp. (collectively, "Defendants"), offer the following joint proposals for conducting the Court's *Markman* hearing in the above-captioned matters:

- No party shall present any fact or expert witnesses, or otherwise rely on any live or recorded testimony.

- Each side (i.e., Plaintiff on one side and collectively Defendants on the other side) shall be allocated one hour and thirty minutes for *Markman* hearing presentation, which shall be timed and which shall encompass all time used by a given side for presentation.

FARNEY DANIELS PC

*/s/Timothy Devlin*
Timothy Devlin (#4241)
1220 Market Street, Ste. 850
Wilmington, DE 19801
(302) 300-4626
tdevlin@farneydaniels.com
Melissa V. Melton
800 South Austin Ave., Ste. 200
Georgetown, Texas 78626
(512) 582-2828
mmelton@farneydaniels.com

*Attorneys for Plaintiff Callertone Innovations, LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*
Karen Jacobs Louden (#2881)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
klouden@mnat.com
jying@mnat.com

*Attorneys for Defendants Sprint Nextel Corporation, Boost Mobile, LLC, Virgin Mobile USA, Inc., and Virgin Mobile USA, L.P.*

SEITZ ROSS ARONSTAM & MORITZ LLP

  /s/ Bejamin J. Schladweiler
Collins J. Seitz Jr. (#2237)
Benjamin J. Schladweiler (#4601)
David E. Ross (#5228)
100 S. West Street, Suite 400
Wilmington, DE 19801
(302) 576-1600
cseitz@seitzross.com
bschladweiler@seitzross.com
dross@seitzross.com

*Attorneys for Cellco Partnership d/b/a Verizon Wireless and Alltel Corporation*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  /s/Jeremy Tigan
Mary B. Graham (#2256)
Jeremy Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mgraham@mnat.com
jtigan@mnat.com

*Attorneys for Defendants Cricket Communications, Inc., Leap Wireless International, Inc., United States Cellular Corporation, Livewire Mobile, Inc., and ZED USA, Corp.*

**SO ORDERED** this 7 day of August, 2013.

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

/s/Anne Shea Gaza
Anne Shea Gaza (#4093)
James L. Higgins (#5021)
Rodney Square, 1000 N. King Street
Wilmington, DE 19801
(302) 571-6727
agaza@ycst.com
jhiggins@ycst.com

*Attorneys for Defendants MetroPCS Wireless, Inc., MetroPCS Communications, Inc., and T-Mobile USA, Inc.*

_____
UNITED STATES DISTRICT JUDGE