**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CALLERTONE INNOVATIONS, LLC,<br><br>                    Plaintiff,<br>      v.<br><br>BOOST MOBILE, LLC,<br><br>                    Defendant. | Civil Action No. 1:11-cv-1034-LPS<br><br>JURY TRIAL REQUESTED |
| CALLERTONE INNOVATIONS, LLC,<br><br>                    Plaintiff,<br>      v.<br><br>T-MOBILE USA, INC.,<br><br>                    Defendant. | Civil Action No. 1:11-cv-1035-LPS<br><br>JURY TRIAL REQUESTED |
| CALLERTONE INNOVATIONS, LLC,<br><br>                    Plaintiff,<br>      v.<br><br>CELLCO PARTNERSHIP D/B/A<br>VERIZON WIRELESS and<br>ALLTEL CORPORATION<br><br>                    Defendant. | Civil Action No. 1:11-cv-1036-LPS<br><br>JURY TRIAL REQUESTED |
| CALLERTONE INNOVATIONS, LLC,<br><br>                    Plaintiff,<br>      v.<br><br>SPRINT NEXTEL CORPORATION,<br><br>                    Defendant. | Civil Action No. 1:11-cv-1039-LPS<br><br>JURY TRIAL REQUESTED |

| | |
|---|---|
| CALLERTONE INNOVATIONS, LLC,<br><br>                    Plaintiff,<br><br>   v.<br><br>VIRGIN MOBILE USA, INC.<br>and VIRGIN MOBILE USA, L.P.,<br><br>                    Defendants. | Civil Action No. 1:11-cv-1044-LPS<br><br>JURY TRIAL REQUESTED |
| CALLERTONE INNOVATIONS, LLC,<br><br>                  Plaintiff,<br><br>   v.<br><br>METROPCS WIRELESS, INC. and<br>METROPCS COMMUNICATIONS, INC.,<br><br>                    Defendants. | Civil Action No. 1:11-cv-1067-LPS<br><br>JURY TRIAL REQUESTED |
| CALLERTONE INNOVATIONS, LLC,<br><br>                  Plaintiff,<br><br>   v.<br><br>UNITED STATES CELLULAR<br>CORPORATION, LIVERWIRE MOBILE,<br>INC. and ZED USA, CORP.,<br><br>                    Defendants. | Civil Action No. 1:11-cv-1068-LPS<br><br>JURY TRIAL REQUESTED |

| | |
|---|---|
| CALLERTONE INNOVATIONS, LLC,<br><br>               Plaintiff,<br><br>    v.<br><br>CRICKET COMMUNICATIONS, INC.<br>and LEAP WIRELESS INTERNATIONAL,<br>INC.,<br><br>               Defendants. | Civil Action No. 1:11-cv-1099-LPS<br><br>JURY TRIAL REQUESTED |

**CALLERTONE INNOVATIONS, LLC'S
COMMENTS ON DEFENDANTS' TUTORIAL**

Plaintiff Callertone Innovations LLC ("Callertone") provides these brief comments and objections to Defendants Tutorial presentation (D.I. 58 of C.A. No. 1:11-cv-1034-LPS; D.I. 62 of C.A. No. 1:11-cv-1035-LPS; D.I. 63 of C.A. No. 1:11-cv-1036-LPS; D.I. 60 of C.A. No. 1:11-cv-1039-LPS; D.I. 58 of 1:11-cv-1044-LPS; D.I. 63 of C.A. No. 1:11-cv-1067-LPS; D.I. 66 of C.A. No. 1:11-cv-1068-LPS; and D.I. 60 of 1:11-cv-1099-LPS).

Callertone generally objects to Defendants' Tutorial presentation as including improper argument. For example, slides 11-14 and 16-22 improperly focus on exemplary embodiments of the specification, while ignoring other disclosures and teachings of the patents in suit. This selective citation and improper attempt to limit the invention by references to examples in the specification is apparent also in Defendants' Opening Brief on claim construction. As a result, Defendants' improper focus on selected examples, along with the subject matter of those examples, is addressed in Callertone's Responsive Claim Construction Brief, co-filed on the date of these Objections. Plaintiff stands ready to address all such issues further, including the specifics of Defendants' Tutorial, at the upcoming *Markman* hearing.

Dated:  August 7, 2013                           Respectfully submitted,

                                                        */s/ Timothy Devlin*
Timothy Devlin (DE Bar #4241)
Email:  tdevlin@farneydaniels.com
W. Bryan Farney
(admitted *pro hac vice*)
Email:  bfarney@farneydaniels.com
Steven R. Daniels
(admitted *pro hac vice*)
Email:  sdaniels@farneydaniels.com
Melissa Vanessah Melton
(admitted *pro hac vice*)
Email:  mmelton@farneydaniels.com
800 S. Austin Avenue, Suite 200
Georgetown, Texas 78626
Telephone:  (512) 582-2828
Facsimile:  (512) 582-2829

L. Brent Farney
Email:  Brent@farneylawoffice.com
(admitted *pro hac vice*)
1777 N.E. Loop 410, Suite 600
San Antonio, Texas 78217

John P. Leibowitz
Email:  John@johnleibowitz.com
(admitted *pro hac vice*)
14090 Southwest Freeway, Suite 300
Sugar Land, TX 77478

Stamatios Stamoulis #4606
Email:  Stamoulis@swdelaw.com
Richard C. Weinblatt #5080
Email:  Weinblatt@swdelaw.com
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone:  (302) 999-1540

*Attorneys for Plaintiff*
*Callertone Innovations, LLC*

## CERTIFICATE OF SERVICE

       I hereby certify that on August 7, 2013, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

                                             */s/ Timothy Devlin*
                                             Timothy Devlin #4241