IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALLERTONE INNOVATIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-1068 (LPS) |
| ) | |
| UNITED STATES CELLULAR ) | |
| CORPORATION, LIVEWIRE MOBILE, INC., ) | |
| and ZED USA CORP., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS STIPULATED AND AGREED, by and among Plaintiff Callertone Innovations, LLC ("Plaintiff") and Defendants United States Cellular Corporation, LiveWire Mobile, Inc., and Zed USA, Corp. (collectively, "Defendants"), subject to the Court's approval, that the time for Defendants to serve responses to Plaintiff's First Set of Requests for Production (Nos. 1-45) and First Set of Interrogatories (Nos. 1-8) is extended through and including Monday, August 26, 2013.

| | |
|---|---|
| FARNEY DANIELS PC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Timothy Devlin* | */s/ Jeremy A. Tigan* |
| Timothy Devlin (#4241) | Mary B. Graham (#2256) |
| 1220 Market Street, Suite 850 | Jeremy A. Tigan (#5239) |
| Wilmington, DE 19801 | 1201 North Market Street |
| (302) 300-4626 | P.O. Box 1347 |
| tdevlin@farneydaniels.com | Wilmington, DE 19899 |
| | (302) 658-9200 |
| *Attorneys for Plaintiff Callertone* | mgraham@mnat.com |
| *Innovations, LLC* | jtigan@mnat.com |
| | |
| | *Attorneys for Defendants United States* |
| | *Cellular Corporation, Livewire Mobile, Inc.* |
| | *and ZED USA, Corp.* |

2

SO ORDERED this ___ day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE

7457719.1